# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **MICHAEL HUNTER,** | ) | NO. CV 11-01995-MAN |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| **MICHAEL J. ASTRUE,** **Commissioner of Social Security,** | ) | |
| Defendant. | ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of Social Security is reversed, and the cause is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATED: June 14, 2012

*Margaret A. Nagle*
_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE