The Law Offices of JUDITH S. LELAND
A Professional Law Corporation
8345 E. Firestone Blvd., Suite 300
Downey, CA 90241
(562) 904-6955 (562) 904-6965 Fax
JUDITH S. LELAND (State Bar No: 63747)
E-mail:  tracey@disabilitylawfirm.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL HUNTER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant.<br>_____ | CIVIL NO. CV 11-01995-MAN<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act ("Stipulation"), IT IS ORDERED that fees in the amount of FOUR THOUSAND FIVE HUNDRED DOLLARS ($4,500.00), as authorized by 28 U.S.C. § 2412(d), shall be awarded subject to the terms of the Stipulation.

Dated:  September 17, 2012      _____
                                      MARGARET A. NAGLE
                                      UNITED STATES MAGISTRATE JUDGE